**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-60895-CIV-SMITH**

EPLUNO LLC,

    Plaintiff,

v.

DATTA HOLDINGS LLC, *et al.*,

    Defendants.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 85], recommending Plaintiff's Motion for Award of Attorney's Fees and Costs [DE 77] be granted by default. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation to District Judge **[DE 85]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Motion for Award of Attorney's Fees and Costs **[DE 77]** is **GRANTED**. Plaintiff is awarded $82,847.50 in attorney's fees and $4,046.73 in costs.

3) This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 21st day of April, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record